DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEON KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1550

[August 10, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312008CF000433A, 312008CF000473A, 312008 CF000475A and 312008CF000477A.

Leon King, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***